

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00364-CV

**SAN ANTONIO WATER SYSTEM**,
Appellant

v.

Robert **OVERBY** and Teresa Overby,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-02799
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is REVERSED. We RENDER judgment that the Overbys take nothing on their taking and nuisance claims against SAWS. We tax costs of this appeal against the party that incurred them.

SIGNED March 19, 2014.

_____
Patricia O. Alvarez, Justice